# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1297**
**KA 14-01432**
PRESENT: WHALEN, P.J., CENTRA, LINDLEY, DEJOSEPH, AND SCUDDER, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                     MEMORANDUM AND ORDER

LAIGTH A. OLLMAN, DEFENDANT-APPELLANT.
(APPEAL NO. 3.)

CARA A. WALDMAN, FAIRPORT, FOR DEFENDANT-APPELLANT.

BROOKS T. BAKER, DISTRICT ATTORNEY, BATH (JOHN C. TUNNEY OF COUNSEL), FOR RESPONDENT.

---------------------------------------------------------------------------------------------------

        Appeal from a judgment of the Steuben County Court (Peter C. Bradstreet, J.), rendered August 19, 2013.  The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the third degree.

        It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

        Same memorandum as in *People v Ollman* ([appeal No. 1] ___ AD3d ___ [Feb. 3, 2017]).

Entered:  February 3, 2017                           Frances E. Cafarell
                                                     Clerk of the Court